582

478 A.2d 114

Commonwealth v. Hubbard, Appellant.

Submitted November 28, 1983.
David Zwanetz, for appellant; Jane C. Greenspan, Assistant District Attorney, for appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Affirmed.

478 A.2d 114

Commonwealth v. Hughes, Appellant.
Petition for Allowance of Appeal
Denied Nov. 6, 1984.

Submitted February 27, 1984. Andrew Hughes, appellant in propria persona; Ralph F. Kraft, Assistant District Attorney, for appellee.

Before CAVANAUGH, WICKERSHAM and HOFFMAN, JJ.

Affirmed.